

700 Central Avenue, Farmingdale NJ, 07727

Phone: 212-235-5200
info@dnenutra.com

Gary Nulls
2307 Broadway
New York, NY 10024

To Whom It May Concern,

Thank you for investing your trust in our company. We are pleased to present you with an updated protocol that shall govern the processing, manufacture, and associated billing of Gary Nulls products. Please note that the term Manufacturer below refers to ANS Nutrition, Inc. (ANS) and/or Dietary Supplement Systems, LLC (DSS).

A. Manufacturer shall invoice Gary Nulls once weekly for items shipped that week from the agreed-upon fulfillment center.

B. Manufacturer shall monitor Gary Nulls product levels and will coordinate additional Purchase Orders to maintain adequate supply.

C. Manufacturer shall notify Gary Null's Accounting staff of product level and any other needs.

We appreciate your business to date and we are confident that we can continue to tailor our protocol to your satisfaction, enabling us to efficiently service your particular needs.

Thank you

Sam Zeldes